### 12201.　COLLINS *v.* THE STATE.

BLOODWORTH, J. This case is controlled by the principles announced in *Butler* v. *State,* 17 *Ga. App.* 522 (87 S. E. 812), and the cases therein cited. Eliminating from this case the testimony of the accomplice, there is left no evidence to connect the accused with the perpetration of the offense and leading to the inference of his guilt. The court erred in overruling the motion for a new trial.

　　　　　*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

　　　　　　　DECIDED APRIL 14, 1921.

Indictment for larceny of cotton; from Grady superior court — Judge Wilson. December 31, 1920.

*S. P. Cain,* for plaintiff in error.

*B. C. Gardner, solicitor-general, C. E. Crow,* contra.